**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:
JOLYNN WOJCIK

**Case No.: 22-10539RG**

**HEARING DATE: 04/06/2022**

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- Debtor has failed to list all assets or income in violation of 11 U.S.C. Sections 521(a)(1)(B)(i) and 521(a)(1)(B)(ii).

  Specifically, bank account.

- The plan does not appear to be feasible pursuant to 11 U.S.C. Section 1325(a)(6), as the debtor will be unable to make payments under the plan and to comply with the plan.

- Specifically,

  Santander lease is not assumed.

- The plan as currently filed fails to address all creditors listed on Schedules D, E and G. Until a modified plan is filed, correctly addressing these creditors, the Trustee cannot recommend confirmation and will seek denial of this plan.

- Debtor has failed to provide proof of income.

  The debtor has failed to provide proof of current income. A paystub from debtor’s employer dated no later than two weeks prior to the 341 date must be submitted.

  The debtor has failed to provide proof of contribution income. The debtor must submit a certification from the contributor indicating their relation to the debtor and the amount contributed to the debtor’s household. In addition, because of the amount of this contribution the contributor must also supply the Trustee with two recent paystubs.

- Co-debtor / non filing spouse has failed to provide proof of income.

  Specifically,

Failed to provide proof of current income. A paystub from employer dated no later than two weeks prior to the 341 date must be submitted.

Failed to provide proof of income for the six months preceding the filing of this case.

Failed to supply proof of pension income. Provide the Trustee with a current pension statement or a recent bank statement showing the direct deposit of the same.

- Surplus income is not being paid into plan. Thus the plan is not a best effort. Schedule A is incorrect as to ownership of some properties and Seaside Heights lacks a unit number. Schedules G and H appear incorrect. Fee disclosure appears incorrect.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated: February 22, 2022

By: /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee