UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on September 21, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

JOLYNN WOJCIK

**Case No.: 22-10539 RG**

**Hearing Date: 9/20/2023**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 21, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

---

THIS MATTER having come before the Court on 09/20/2023 on notice to DAVID JEROME WITHERSPOON, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $753.00 starting on 10/1/2023 for the remaining 40 month(s).