UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Loren L. Speziale, Esquire
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
(610) 820-5450
Attorney for Creditor,
Santander Bank, N.A. f/k/a Sovereign Bank, N.A.

**Order Filed on November 22, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JOLYNN WOJCIK f/k/a JOLYNN BIANCONE,
DEBTOR

Case No.: 23-10539-RG

Hearing Date: Nov. 15, 2023

Judge: Rosemary Gambardella

Chapter: 13

Recommended Local Form: ☐ Followed ☑ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of ________________Santander Bank, N.A.________________, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

471 Mountain Avenue, Caldwell, NJ 07006

❑ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

Upon the Motion of SANTANDER BANK, N.A., under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more fully described as: 471 Mountain Ave., Caldwell, New Jersey 07006.

It is further ORDERED that the Co-Debtor stay under 11 USC 1301 is vacated as to the Co-Debtor Jason S. Wojcik to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the real property described above and as to the co-debtor.

It is further ORDERED that the movant may join the Debtor and any Trustee appointed in this case as Defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any Trustee, and any other party who entered an appearance on the Motion.