UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Witherspoon
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

**Order Filed on December 14, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Jolynn Wojcik

Case No.: 22-10539

Hearing Date: 12/6/23

Judge: Rosemary Gambardella

Chapter: 13

Recommended Local Form: ☑ Followed ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 14, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of David Witherspoon and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*